


*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2018

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

    Re:    **United States v. David Levy, Donna Levy**
               S5 11 Cr. 62 (PAC)

Dear Judge Crotty:

       The Government respectfully requests that the Court enter the enclosed Final Order of Forfeiture as to a Substitute Asset in the above-captioned case.

                                                    Respectfully submitted,

                                                    GEOFFREY S. BERMAN
                                                    United States Attorney

                              By:     /s/_____
                                         Andrew C. Adams
                                         Assistant United States Attorney
                                         Tel.: (212) 637-2340